PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (510) 970-4858
    Facsimile:  (415) 744-0134
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHOT NAHAPETYAN,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:21-cv-01069-KJN<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, the time for Defendant to file the certified administrative record is extended twenty-one (21) days from July 5, 2022, up to and including July 26, 2022. This is the Defendant's first request for an extension.

    Defendant requests this extension in order to pursue potential settlement of this matter.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 5, 2022

PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By  /s/ Marla K. Letellier
MARLA K. LETELLIER
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: July 5, 2022

JESSE S. KAPLAN, ATTORNEY AT LAW

By  /s/ Jesse S. Kaplan*
(*as authorized via e-mail on July 5, 2022)
JESSE S. KAPLAN
Attorney for Plaintiff

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including July 26, 2022, to file the certified administrative record. The remainder of the Scheduling Order is unchanged, with deadlines calculated from the date of service of the administrative record.

Dated: July 7, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE